U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RHODA E. STEVENSON | CIVIL ACTION NO. 05-1792-A |
| -vs- | JUDGE DRELL |
| JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Stevenson's appeal is DENIED and DISMISSED WITH PREJUDICE.

SIGNED on this 22nd day of March, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE